IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHNATHAN K. DAVIDSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | NO. 4:14-CV-0705-K-BJ |
| | § | |
| XTO ENERGY, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

The Court ACCEPTS the Report and Recommendation of the United States Magistrate Judge. Plaintiff shall be allowed to file an Amended Complaint against the defendants no later than February 11, 2015. Failure to timely file such an Amended Complaint will result in the dismissal of this case without further notice.

SO ORDERED.

Signed January 23rd, 2015.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE